Order entered October 24, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-00997-CV

**AMERICAN MODERN HOME INSURANCE, CO., Appellant**

V.

**ALLSTATE INSURANCE COMPANY, Appellee**

On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-10-09181-C

## ORDER

The Court has before it appellee's October 16, 2012 conditional motion for oral argument. The Court **GRANTS** the motion and **ORDERS** that appellee may participate in oral argument if the case is set for submission with argument.

_____
MOLLY FRANCIS
JUSTICE